IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:18-mj-445 |
| REBWAR EBRAHIMI, ) | |
| a/k/a "Jefferey Benter," ) | **UNDER SEAL** |
| a/k/a "Jefferey A. Benter," ) | |
| a/k/a "Jefferey Ronnie Benter," ) | |
| a/k/a "Ronnie Omari," ) | |
| a/k/a "Rebvar Ebrahim," ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Eric Ryan, being first duly sworn, state the following:

### BACKGROUND

1. I am a Special Agent with the United States Social Security Administration (SSA), Office of the Inspector General (OIG). I have been employed by the SSA-OIG as a Special Agent since February 2003. I am currently assigned to the Office of Investigations in Washington, D.C., Philadelphia Field Division. My duties as a Special Agent include investigating violations of the Social Security Act, to include the misuse of a Social Security Number (SSN), and other violations of federal law, such as identity theft and aggravated identity theft. I have participated in the preparation and presentation of arrest warrants and search warrants, and I am familiar with the investigative techniques used in identity theft investigations, including the review and analysis of a wide variety of financial records, such as bank records, personal financial records, records of commercial transaction, business records, and identity documents.

1

2. I make this affidavit in support of a criminal complaint and arrest warrant for REBWAR EBRAHIMI ("EBRAHIMI"),[1] a/k/a "Jefferey Benter," a/k/a "Jefferey A. Benter," a/k/a "Jefferey Ronnie Benter," a/k/a "Ronnie Omari," a/k/a "Rebvar Ebrahim."

3. I have conducted this investigation with assistance from other law enforcement officers, including SSA-OIG Special Agents and detectives from Fairfax County Police Department. This affidavit is based upon my personal knowledge, information provided to me by other law enforcement agents and sources, and upon my examination of various reports and records.

4. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause that EBRAHIMI committed violations of 18 U.S.C. § 1028A (Aggravated Identity Theft) and 42 U.S.C. § 408 (Misuse of a Social Security Number) in the Eastern District of Virginia, detailed below.

## SUMMARY OF PROBABLE CAUSE

5. From at least in or about June 2016 through at least in or about 2017, the defendant EBRAHIMI did knowingly possess and use, without lawful authority, a means of identification of another real person, Jeffery Benter ("deceased minor"), including deceased minor's name, Social Security Number ("SSN"), and date of birth, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, misuse of a SSN in violation of 42 U.S.C. § 408, in

---

[1] The birth name of the defendant is "Rebwar Ebrahimi." On May 10, 2017, in Prince William County, the defendant fraudulently petitioned the Circuit Court to change his name to "Jefferey Benter." See ¶ 15. The defendant subsequently used the name "Jefferey Benter" in connection with the fraudulent use of the date of birth and Social Security Number of a deceased minor named "Jeffery Benter." To distinguish between the defendant and the deceased minor, this affidavit will refer to the defendant as EBRAHIMI.

2

the Eastern District of Virginia, knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(a)(1).

6. From at least in or about June 2016 through at least in or about 2017, the defendant EBRAHIMI, for the purpose of obtaining a payment or any benefit to which he (or such other person) was not entitled, or for the purpose of obtaining anything of value from any person, or for any purpose, with the intent to deceive, falsely represented a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to him, in the Eastern District of Virginia, in violation of Title 42, United States Code, Section 408(a)(7)(B).

### Fairfax County Police Department's 2016 Investigation

7. In or around January 2016, Fairfax County Police Department ("FCPD") received a tip that an individual, later identified as EBRAHIMI, had applied for and obtained an apartment lease at Modera Avenir Place, located at 2677 Avenir Place, Vienna, in the Eastern District of Virginia, using false information regarding his identity. Investigation revealed that EBRAHIMI provided on the application a SSN, XXX-XX-6402, not issued to him by the SSA, and fraudulent earning statements, which displayed EBRAHIMI's true name, the false SSN XXX-XX-6402, and false statements about tax contributions.

8. Investigation further revealed that EBRAHIMI had previously leased an apartment in Halstead Square Lotus Apartments, located at 2727 Merrilee Drive, Fairfax, in the Eastern District of Virginia, having supplied the false SSN ending in 6402 on the rental lease application and agreement. EBRAHIMI failed to pay four months of rent at that address.

9. On or around January 15, 2016, FCPD arrested EBRAHIMI for making false statements to obtain property. Additionally, FCPD obtained a search warrant for the Modera Avenir Place apartment leased by EBRAHIMI. The search produced multiple Social Security Cards, credit cards, and financial statements, in addition to marijuana and drug paraphernalia. On or around September 6, 2017, EBRAHIMI pleaded guilty in the General District Court of Fairfax County to two misdemeanor charges: the use of false statements to obtain property and the possession of drug paraphernalia. EBRAHIMI was sentenced to 12 months of incarceration, all of which were suspended.

## SSA-OIG INVESTIGATION OF INCIDENTS OF FRAUDULENT IDENTITY USE

10. In or around September 2017, the SSA-OIG was notified by FCPD that EBRAHIMI had used and was likely still using a false identity on applications to obtain apartment leases, credit cards, and a driver's license.

11. SSA-OIG opened an investigation which revealed that EBRAHIMI is a naturalized United States citizen, who was born in Iran on April 30, 1988. SSA records indicate that EBRAHIMI was assigned a Social Security Number ("SSN") XXX-XX-6401 ("true SSN") in or about March 1998. Subsequently, EBRAHIMI applied for and received a replacement Social Security Card in or about December 2008 and again in or about August 2012, for the true SSN. The SSA issued no SSN to EBRAHIMI other than the true SSN.

### Deceased Minor

12. According to SSA and California birth and death records, "Jeffery Anthony Benter" (hereinafter "deceased minor") was born on December 6, 1987, in Napa, California, and died on February 5, 1988, of Sudden Infant Death Syndrome. Before his death, deceased minor was issued a SSN ending in 0971 ("deceased minor's SSN").

## FAILED MAY 2016 NAME CHANGE AND JUNE 2016 CAPITAL ONE APPLICATION

13. On or about May 9, 2016, in Fairfax County Circuit Court, EBRAHIMI submitted a fraudulent name change petition to change deceased minor's name (*i.e.*, "Jefferey Anthony Benter") to "Ronnie Omari." "Ronnie" is a nickname frequently used by EBRAHIMI and "Omari" is his mother's maiden name. At the time of the 2016 name change petition and continuing through the present day, EBRAHIMI used the name "Ronnie Omari" in a number of social contexts, including on his Instagram account. On the name change petition, EBRAHIMI used the identifiers listed on deceased minor's birth certificate, to include deceased minor's date of birth, place of birth, mother's name, and the entry of "N/A" for his father. On or about June 17, 2016, the petition was denied.

14. On or about June 3, 2016, EBRAHIMI applied for a credit card with Capital One, using the name "Jefferey Benter." On the application, he provided his date of birth as December 6, 1987 (deceased minor's date of birth) and his SSN as XXX-XX-0971 (deceased minor's SSN). The credit card account, ending in 4813, was subsequently opened.

## SPRING 2017 NAME CHANGE AND MAY 2017 CAPITAL ONE APPLICATIONS

15. On or about April 25, 2017, EBRAHIMI petitioned to have his name changed from "Rebwar Ebrahimi" to "Jefferey Benter" in Prince William County, Virginia. On the petition, EBRAHIMI provided his true date of birth and stated that he was not seeking a name change "for any illegal or fraudulent purpose," but that "[t]he proposed name fits me better." On or about May 10, 2017, the name change was granted.

16. On or about May 10, 2017, EBRAHIMI applied for a checking account and a credit card with Capital One, with the name "Jefferey Benter" (*i.e.*, his new legal name). On both applications, he provided his date of birth as December 6, 1987 (deceased minor's date of birth)

and the SSN as XXX-XX-0971 (deceased minor's SSN). The checking account, ending in 3886, and the credit card, ending in 6105, were subsequently opened.

## MAY 2017 BOZZUTO E-LOFTS APPLICATION

17. On or about May 9, 2017, EBRAHIMI applied to lease an apartment at Bozzuto e-Lofts, located at 4501 Ford Avenue, Alexandria, Virginia, in the Eastern District of Virginia. On the application, he provided his name as "Jefferey Ronnie Benter," his date of birth as December 6, 1987 (deceased minor's date of birth), and his SSN as XXX-XX-0971 (deceased minor's SSN). Also included on the application was the name of a business, ARE Trucking, with Company Tax ID 82-0870402, and "Ronnie Benter" as the billing contact. Based on these representations, the residential management team of Bozzuto e-Lofts approved the application. On or about May 12, 2017, a lease was signed. EBRAHIMI took up residence at the apartment. No rent was paid on the account from in or around September 2017 to and through November 2017. On or about November 3, 2017, e-Lofts filed a complaint for unlawful detainer against EBRAHIMI in Alexandria General District Court and obtained a judgment and writ of possession against EBRAHIMI.

## JULY 2017 MANASSAS PARK TOWNHOUSE APPLICATION

18. On or about July 8, 2017, EBRAHIMI applied to lease a dwelling from its owner P.Y. ("the owner"), located at 9102 Belo Gate Drive, Manassas Park, Virginia, in the Eastern District of Virginia, with both parties represented by Pearson Smith Realty. On the application, EBRAHIMI provided the name "Jefferey Benter," the date of birth as December 6, 1987 (deceased minor's date of birth), and the SSN as XXX-XX-0971 (deceased minor's SSN). A representative at Pearson Smith Realty ran a credit score check on the SSN provided (i.e., deceased minor's SSN), which showed a credit score of 632. Based on these representations, the owner approved the

6

application. No rent was paid on the account from in or around August 2017 to and through November 2017. On or about September 28, 2017, the owner filed a complaint for unlawful detainer against "Jefferey Benter" in Prince William County General District Court and obtained a judgment and writ of possession.

<u>AUGUST 2017 MERCEDES-BENZ APPLICATION</u>

19. On or about August 30, 2017, EBRAHIMI applied to lease a Mercedes-Benz S-class sedan at Mercedes-Benz of Tysons Corner, located at 8545 Leesburg Pike, Vienna, Virginia, in the Eastern District of Virginia. On the application, EBRAHIMI provided the name "Jefferey Benter," his date of birth as December 6, 1987 (deceased minor's date of birth), and his SSN as XXX-XX-0971 (deceased minor's SSN). EBRAHIMI provided a photograph of a United States Social Security Card in support of the application. The Social Security Card provided the name "Jefferey A Benter." The image of the card showed an issuance date of August 2, 2012, and the SSN as XXX-XX-0971 (deceased minor's SSN). The automobile dealership ran a credit check on the information provided on the application, which provided a credit score of 637. Based on this information, the automobile dealership denied the lease application.

20. According to SSA records, on August 2, 2012, a Social Security Replacement Card was issued to "Rebwar Ebrahimi," date of birth April 30, 1988 (EBRAHIMI's true date of birth), and SSN ending in 6401 (EBRAHIMI's true SSN). The SSA did not issue a Social Security Card to "Jefferey A Benter" in 2012.

<u>SEPTEMBER 2017 HADEN APARTMENTS APPLICATION</u>

21. On or about September 5, 2017, EBRAHIMI applied to lease an apartment at Haden Apartments, located at 1575 Anderson Road, McLean, Virginia, in the Eastern District of Virginia. On the application, he provided his name as "Jefferey Benter," his date of birth as December 6,

7

1987 (deceased minor's date of birth), and his SSN as XXX-XX-0971 (deceased minor's SSN). He provided a current home address at the e-Lofts apartment complex. EBRAHIMI also provided a fraudulent bank account statement from Capital One, for the account ending in 3886, one of the accounts EBRAHIMI had opened under the name "Jefferey Benter." The statement was altered from its original format to represent that the account held $59,088.32. In reality, the account balance was $42.38. Based on these representations, the residential management team of Haden Apartments approved the application. EBRAHIMI took up residence at the apartment. No rent was paid on the account from in or around November 2017 to and through March 2018. On or about January 5, 2018, Haden Apartments filed a complaint for unlawful detainer against "Jefferey Benter" in Fairfax County General District Court and obtained a judgment and writ of possession.

### DECEMBER 2017 WOODLAND PARK APARTMENT APPLICATION

22.   On or about December 1, 2017, EBRAHIMI applied to lease an apartment at Woodland Park Apartments, located at or around 13025 Elm Tree Drive, Herndon, Virginia in the Eastern District of Virginia. On the application, EBRAHIMI provided the applicant name "Jefferey Ronnie Benter" and SSN XXX-XX-0937. The SSA confirmed that the SSN belongs to an individual, Victim 1, born in 1982. EBRAHIMI provided a photograph of a United States passport in support of the application. The passport displayed the name "Jefferey A Benter," with date of birth on or about December 6, 1987 (deceased minor's date of birth), an issuance date of on or about May 19, 2011, and a passport book number of 482281923. The passport included a photograph of EBRAHIMI. Based on these representations, the residential management team of Woodland Park Apartments approved the application and the lease commenced on December 2, 2017. No rent was paid on the account from in or around December 2017 to and through March 2018. On or about January 18, 2018, Woodland Park Apartments filed a complaint for unlawful

detainer against "Jefferey Benter" in Fairfax County General District Court and obtained a judgment and writ of possession.

23. According to United States Department of State records, a United States passport number 482281923 was issued on May 19, 2011 to "Rebwar Ebrahimi," date of birth April 30, 1988 (EBRAHIMI's true date of birth) and SSN XXX-XX-6401 (EBRAHIMI's true SSN). The passport photograph of EBRAHIMI appears to be the same photograph in the passport which was presented to Woodland Park with the name "Jefferey A Benter."

## MAY 2018 CENTRAL PLACE APPLICATION

24. On or about May 16, 2018, EBRAHIMI applied to lease an apartment at Central Place, an apartment building located at 1800 N Lynn Street, Arlington, Virginia in the Eastern District of Virginia. On the application, EBRAHIMI provided his name as "Rebvar Ronnie Ebrahim," his date of birth as April 30, 1987,[2] his SSN as 6104,[3] and a gross annual income of $392,000. The SSA confirmed that the SSN belongs to an individual, Victim 2, born in 1998. Based on these representations, residential management of Central Place approved the application and leased the apartment on or around May 27, 2018, with a base rent of $6,090 per month. EBRAHIMI took up residence at the apartment. No rent was paid in the account from May 2018 to and through the date of this affidavit.

---

[2] This date of birth is EBRAHIMI's true birth month and birth date, with incorrect birth year. EBRAHIMI was born in 1988, not 1987.

[3] While not EBRAHIMI's true SSN, the number provided on the Central Place application is very similar. The first five digits of EBRAHIMI's true SSN and the SSN provided on the application match. However, EBRAHIMI's true SSN ends in 6401. The last four digits provided on the application were 6104 (*i.e.*, the second and fourth digits are transposed).

9

25. Under his birth name and true SSN, EBRAHIMI owes approximately $100,000 to various creditors. EBRAHIMI has been sued in a number of civil lawsuits, including one that resulted in a judgment against EBRAHIMI for over $1 million.

26. Based on the facts outlined above, there is probable cause to believe that from at least in and around June 2016 through May 2018, in the Eastern District of Virginia, EBRAHIMI committed aggravated identity theft, in violation of Title 18, United States Code, Section 1028A, and misuse of a Social Security Number, in violation of Title 42, United States Code, Section 408(a)(7)(B). I respectfully request that the Court issue the criminal complaint and arrest warrant.

Eric Ryan
Special Agent
Social Security Administration, OIG

Sworn and subscribed to before me this 17 day of September, 2018.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

The Honorable Theresa Carroll Buchanan
United States Magistrate Judge